UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC FRANK ROBINSON, | No. 2:16-cv-1886 KJN P |
| Plaintiff, | |
| v. | ORDER |
| GLOVER, et al., | |
| Defendants. | |

    Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed December 13, 2016, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: January 26, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/robi1886.fta.con

1